Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREWS, individually and on behalf of all others similarly situated, | Case No.: 5:21-cv-01219-JWH-SHK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| DIRECT RECOVERY SERVICES, LLC.; DOES 1-100, AND EACH OF THEM. | |
| Defendant(s). | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal

Notice of Dismissal - 1

Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 5th day of January, 2022.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 5th day of January, 2022, with:

United States District Court CM/ECF system

Notification sent via the ECF system to all interested parties on:

This 5th day of January, 2022.

By: s/Todd M. Friedman
    Todd M. Friedman